UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 08 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. ) |
| ERIC LAMAR KEYS JR., | ) 1:21-cr-0263 JMS-TAB ) ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

On or about February 12, 2021, in the Southern District of Indiana, ERIC LAMAR KEYS JR., the defendant herein, in connection with the acquisition of a firearm, to wit: Taurus G3C 9mm pistol, bearing serial number ACA428366, from Shoot Point Blank LLC, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Shoot Point Blank LLC, which statement was intended and likely to deceive Shoot Point Blank LLC, as to a material fact to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
## 18 U.S.C. § 924(a)(1)(A)
## Making a False Statement with Respect to Information Required
## to be kept by Licensed Firearms Dealers

On or about February 12, 2021, in the Southern District of Indiana, ERIC LAMAR KEYS JR,, the defendant herein, did knowingly make a false statement and representation to Shoot Point Blank LLC, a licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Point Blank LLC, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of a Taurus G3C 9mm pistol, bearing serial number ACA428366.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

A TRUE BILL

_____
FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney