UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**1:40 pm, Jun 27, 2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Cause No. 1:21-cr-0263-JMS-TAB | |
| ERIC LAMAR KEYS JR, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### STIPULATED FACTUAL BASIS

The parties stipulate and agree that the following facts establish a factual basis for the defendant's plea of guilty to the offenses set forth in the Indictment and that the Government would be able to establish the following facts beyond a reasonable doubt in the event this cause was to proceed to trial. The following information is only a summary of the Government's evidence.

According to police reports, on April 18, 2021, police officers with the Chicago Police Department were dispatched to a shots fired incident in the parking lot of a McDonald's. When officers arrived, they found one man shot in the stomach and a 6-year-old girl who had been shot and killed. The suspect in the shooting was ultimately arrested by law enforcement and found to be in possession of multiple guns. One of those guns, which a ballistics analysis later confirmed, was used to murder the 6-year-old child. That gun, a Glock .40 caliber pistol, bearing serial number BSLZ835, was purchased by Eric Lamar Keys Jr from Shoot Point Blank, located at 120 South Country Road, Indianapolis, Indiana. Keys purchased the firearm 48 days before it was used to kill the young girl.

As a result of this finding, investigators with the Chicago Field Division of the ATFE began an investigation into Keys. The investigation revealed that Keys had purchased approximately ten firearms from multiple licensed firearm dealers located in the Southern District of Indiana in a little over a month, including the following: (1) on February 10, 2021, Keys purchased two (2) Glock, model 17, 9mm pistols from Parabellum Firearms, located at 8217 Kingston Street, Avon, Indiana; (2) on March 5, 2021, Keys purchased two (2) Glock, model 19GEN5, 9mm pistols; and (3) on March 14, 2021, Keys purchased two (2) Glock, model 19, 9mm pistols. Multiple purchases of the same make, model and caliber—during a relatively short amount of time—is indicative of straw purchasing/and or unlicensed dealing.

One such gun that Keys purchased was a Taurus G3C 9mm pistol, bearing serial number ACA428366. This firearm was purchased by Keys on February 11, 2021, from Shoot Point Blank, located at 120 South Country Road, Indianapolis, Indiana. Shoot Point Blank is a licensed firearms dealer. As part of the transaction, Keys was required to complete an ATF Form 4473 to be approved for the purchase. Keys completed the form, and he answered "yes" to question 21.a: "Are you the actual transferee/buyer of the firearm(s) listed on this form?" There is an explicit warning on the form that states, "You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person."

After completing the forms for each purchase, Keys signed box 21.1.3 on ATF Form 4473, indicating that his answers in the section that included question 21.a. were true, correct, and complete. The paragraph preceding his signature included the following phrases: "I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law and may violate State and/or local law."

On June 22, 2021, agents with the Chicago Field Division of the ATFE conducted a voluntary recorded interview of Keys at his apartment in Indianapolis. Initially, Keys told investigators that 9 firearms were stolen from him during a robbery in 2021. However, Keys later recanted the story of the alleged robbery. When asked about the Glock used to kill the child in Chicago, Keys informed investigators that he bought the gun for himself but sold it to a person he identified as "D." When asked about the Taurus purchased on February 11, 2021, Keys told the ATFE agents that "D" gave him approximately $750 to purchase the firearm from Shoot Point Blank, located at 120 S. Country Club Road, Indianapolis, Indiana 46234.

Keys admitted that he was not the actual transferee/buyer of the Taurus G3C 9mm pistol, bearing serial number ACA428366.

Indianapolis, Indiana is located within the Southern District of Indiana.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

6/27/23
DATE

Lawrence D. Hilton
Assistant United States Attorney

06-27-2023
DATE

Eric Keys
Defendant

6-27-2023
DATE

Denise Turner
Counsel for Defendant