**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            Plaintiff,    )<br>                             )<br>    vs.                      )  CASE NO. 1:21-cr-00263-JMS-TAB<br>                             )<br>ERIC LAMAR KEYS, JR          )<br>            Defendant(s)    ) | |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty-one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: July 24, 2023                        s/  Jean Knepley
                                           Court Reporter

**Certificate of Service**

I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non-registered participants by first-class U.S. Mail, postage prepaid.

                                           s/  Jean Knepley
                                           Court Reporter